**Dated: July 11, 2014**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
**UNITED STATES BANKRUPTCY JUDGE**

_____


UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 7 |
| JEFFREY HICKS and | ) |
| MELISSA HICKS | ) |
| | ) CASE NO. 13-10127 |
| DEBTORS. | ) |

ORDER GRANTING OBJECTION TO CLAIM

It appearing to the Court that the Trustee's Objection to Claim should be granted there being no Objection timely filed to the same;

IT IS THEREFORE ORDERED that the Objection to the claim of Capital One, N.A. (Claim No. 2a) in the amount of $885.00 is granted and said claim is denied.

APPROVED FOR ENTRY:


/s/ Michael T. Tabor
MICHAEL T. TABOR, #4736
CHAPTER 7 TRUSTEE
P.O. BOX 2877
JACKSON, TN  38302-2877
(731)424-3074

Service List:
Debtors
Attorney for Debtors
Chapter 7 Trustee
U.S. Trustee
Capital One, N.A., c/o Bass & Associates, PC, 3936 E. Ft. Lowell Rd., Tucson, AZ 85712

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 |
| JEFFREY HICKS and ) | |
| MELISSA HICKS ) | |
| ) | CASE NO. 13-10127 |
| DEBTORS. ) | |

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9013-1

    I, the undersigned, hereby certify compliance with Local Rule 9013-1 of the United States Bankruptcy Court for the WESTERN District of Tennessee.  Further to the best of my information and belief upon search and/or inquiry with the Bankruptcy Clerk's Office, no party in interest has filed an objection to the pleading styled  Objection to Claim that was filed on June 5, 2014.

                                          Respectfully Submitted,

                                          /s/ Michael T. Tabor
                                          *MICHAEL T. TABOR, #4736
                                          CHAPTER 7 TRUSTEE
                                          P.O. BOX 2877
                                          JACKSON, TN 38302-2877
                                          (731)424-3074