

**Dated: January 12, 2015**
**The following is SO ORDERED:**

_____
Jimmy L. Croom
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

IN RE:                                                                                  CHAPTER 7

HICKS, JEFFERY                                                                CASE NO. 13-10127-JLC
HICKS, MELISSA

            Debtor(s)

ORDER APPROVING ADMINISTRATIVE CLAIMS
AND DISBURSEMENT OF FUNDS

    The Chapter 7 Trustee, has filed a Request to Close the above-styled case and due notice has been given of the said and of the trustee's recommendation for allowance and disallowance of claims.
    No additional claims have been filed which were not included in the Notice of Filing of Trustee's Request to Close, and there were no objections to the Trustee's Request to Close.
    WHEREFORE, it appearing to the Court that the said request and recommendations are proper and should be approved and allowed; that all of the property of the debtor has been reduced to money; that all funds have been placed in a non-interest bearing account; and that said estate has been fully administered except for making distribution of the balance in the hands of the trustee, to wit: $2,406.32, which should be disbursed as hereinafter set out,
    It is hereby ORDERED that:
    (1)    The request to close case and recommendation of allowance and disallowance of claims be, and the same hereby are, approved.
    (2)    The Trustee make the following disbursements from the balance on hand, which sums are hereby fixed and allowed as follows (pursuant to Bankruptcy Rule 3030, dividends of less than $5.00 will not be disbursed to creditors, but will be turned over to the Clerk of the Court):

MICHAEL T. TABOR, Trustee
    Trustee Commission                                                                                        $875.00
    (Based on Receipts of $3,500.00)
    Trustee Expenses                                                                                              $67.20

HICKS, JEFFERY
HICKS, MELISSA
Order Approving Administrative Claims and
Disbursement of Funds

| | | | |
|---|---|---:|---:|
| | Bond Payments | | $0.00 |

**DISTRIBUTION TO UNSECURED CREDITORS    3.520%**

| | | Claim Amount | Proposed Distribution |
|---|---|---:|---:|
| | **General Unsecured** | | |
| 1 | VANDERBILT MORTGAGE AND FINANCE, IN | $9,730.32 | $342.53 |
| 2 | CAPITAL ONE, N.A. | $593.66 | $20.89 |
| 3 | DISCOVER BANK | $2,064.02 | $72.66 |
| 4 | THE JACKSON CLINIC | $447.28 | $15.74 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | $394.27 | $13.88 |
| 6 | JACKSON ANESTHESIA | $104.00 | $3.66 |
| 7 | FIRST NATIONAL BANK OF OMAHA | $1,374.50 | $48.39 |
| 8 | ECAST SETTLEMENT CORPORATION, ASSIG | $14,109.46 | $496.68 |
| 9 | ECAST SETTLEMENT CORPORATION, ASSIG | $2,612.44 | $91.96 |
| 10 | ECAST SETTLEMENT CORPORATION, ASSIG | $3,953.42 | $139.17 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $1,804.77 | $63.53 |
| 12 | CAPITAL RECOVERY V, LLC | $966.86 | $34.04 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $3,436.99 | $120.99 |
| | **TOTAL DISBURSEMENT** | **$41,591.99** | **$1,464.12** |

It is further ORDERED that the Trustee file a Final Report and Account after said disbursement and that the Trustee shall thereafter be discharged and the case be closed as provided by law.

Submitted and Approved by:

/s/ Michael T. Tabor
MICHAEL T. TABOR
Chapter 7 Trustee
203 S. SHANNON
P. O. BOX 2877
JACKSON, TN  38302-2877
(731) 424-3074

Parties to be Served:

All Entities on Matrix

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JEFFERY HICKS | ) | |
| MELISSA HICKS | ) | |
| | ) | CASE NO. 13-10127-JLC |
| DEBTORS | ) | |

CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9013-1

I, the undersigned, hereby certify compliance with Local Rule 9013-1 of the United States Bankruptcy court for the WESTERN District of Tennessee. Further to the best of my information and belief upon search and/or inquiry with the Bankruptcy Clerk's Office, no party in interest has filed an objection to the pleading or order styled Trustee's Application for Final Compensation filed on December 4, 2014.

Respectfully Submitted,

/s/Michael T. Tabor
MICHAEL T. TABOR
CHAPTER 7 TRUSTEE
P.O. BOX 2877
JACKSON, TN 38302-2877
(731)424-3074